The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
Securities and Exchange Commission

**DEFENDANTS**
Devon D. Archer, Bevan T. Cooney, Hugh Dunkerley, Jason W. Galanis, John P. Galanis, Gary T. Hirst and Michelle A. Morton

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
Andrew M. Calamari, U.S.Securities and Exchange Commission, 200 Vesey Street, Suite 400, New York, NY 10281 (212) 336-1100

ATTORNEYS (IF KNOWN)
See attached.

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

15 U.S.C. Sections 77q(a)(1) and (3); 15 U.S.C. Section 78j(b) and 17 C.F.R. Sections 240.10b-5(a)-(c); 15 U.S.C. Sections 80b-6(1)(2) and

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No☐ Yes☑ Judge Previously Assigned

If yes, was this case Vol.☐ Invol.☐   Dismissed. No☐ Yes☐   If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?     No [x]     Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)        **NATURE OF SUIT**

|                          | TORTS                    |                          |                           | ACTIONS UNDER STATUTES   |                          |
|--------------------------|--------------------------|--------------------------|---------------------------|--------------------------|--------------------------|
| **CONTRACT**             | **PERSONAL INJURY**      | **PERSONAL INJURY**      | **FORFEITURE/PENALTY**    | **BANKRUPTCY**           | **OTHER STATUTES**       |
| [ ] 110 INSURANCE        | [ ] 310 AIRPLANE         | [ ] 367 HEALTHCARE/PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY | [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 | [ ] 422 APPEAL 28 USC 158 | [ ] 375 FALSE CLAIMS |
| [ ] 120 MARINE           | [ ] 315 AIRPLANE PRODUCT LIABILITY | [ ] 365 PERSONAL INJURY PRODUCT LIABILITY | [ ] 690 OTHER | [ ] 423 WITHDRAWAL 28 USC 157 | [ ] 376 QUI TAM |
| [ ] 130 MILLER ACT       | [ ] 320 ASSAULT, LIBEL & SLANDER | [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY |  |  | [ ] 400 STATE REAPPORTIONMENT |
| [ ] 140 NEGOTIABLE INSTRUMENT | [ ] 330 FEDERAL EMPLOYERS' LIABILITY |  |  | **PROPERTY RIGHTS** | [ ] 410 ANTITRUST |
| [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 340 MARINE | **PERSONAL PROPERTY** |  | [ ] 820 COPYRIGHTS | [ ] 430 BANKS & BANKING |
| [ ] 151 MEDICARE ACT     | [ ] 345 MARINE PRODUCT LIABILITY | [ ] 370 OTHER FRAUD |  | [ ] 830 PATENT | [ ] 450 COMMERCE |
| [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 350 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING |  | [ ] 840 TRADEMARK | [ ] 460 DEPORTATION |
|  | [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY |  |  |  | [ ] 470 RACKETEER INFLU-ENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 360 OTHER PERSONAL INJURY | [ ] 380 OTHER PERSONAL PROPERTY DAMAGE | **LABOR** | **SOCIAL SECURITY** | [ ] 480 CONSUMER CREDIT |
|  | [ ] 362 PERSONAL INJURY - MED MALPRACTICE | [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY | [ ] 710 FAIR LABOR STANDARDS ACT | [ ] 861 HIA (1395ff) | [ ] 490 CABLE/SATELLITE TV |
| [ ] 160 STOCKHOLDERS SUITS |  |  | [ ] 720 LABOR/MGMT RELATIONS | [ ] 862 BLACK LUNG (923) |  |
| [ ] 190 OTHER CONTRACT |  | **PRISONER PETITIONS** | [ ] 740 RAILWAY LABOR ACT | [ ] 863 DIWC/DIWW (405(g)) | [x] 850 SECURITIES/COMMODITIES/EXCHANGE |
| [ ] 195 CONTRACT PRODUCT LIABILITY | **ACTIONS UNDER STATUTES** | [ ] 463 ALIEN DETAINEE | [ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA) | [ ] 864 SSID TITLE XVI |  |
| [ ] 196 FRANCHISE        | **CIVIL RIGHTS**         | [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255 | [ ] 790 OTHER LABOR LITIGATION | [ ] 865 RSI (405(g)) | [ ] 890 OTHER STATUTORY ACTIONS |
|                          | [ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner) | [ ] 530 HABEAS CORPUS | [ ] 791 EMPL RET INC SECURITY ACT (ERISA) | **FEDERAL TAX SUITS** | [ ] 891 AGRICULTURAL ACTS |
|                          | [ ] 441 VOTING | [ ] 535 DEATH PENALTY |  | [ ] 870 TAXES (U.S. Plaintiff or Defendant) | [ ] 893 ENVIRONMENTAL MATTERS |
| **REAL PROPERTY**        | [ ] 442 EMPLOYMENT | [ ] 540 MANDAMUS & OTHER |  | [ ] 871 IRS-THIRD PARTY 26 USC 7609 | [ ] 895 FREEDOM OF INFORMATION ACT |
| [ ] 210 LAND CONDEMNATION | [ ] 443 HOUSING/ACCOMMODATIONS | **PRISONER CIVIL RIGHTS** | **IMMIGRATION** |  | [ ] 896 ARBITRATION |
| [ ] 220 FORECLOSURE      | [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT | [ ] 550 CIVIL RIGHTS | [ ] 462 NATURALIZATION APPLICATION |  | [ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISIO |
| [ ] 230 RENT LEASE & EJECTMENT | [ ] 446 AMERICANS WITH DISABILITIES -OTHER | [ ] 555 PRISON CONDITION | [ ] 465 OTHER IMMIGRATION ACTIONS |  |  |
| [ ] 240 TORTS TO LAND    | [ ] 448 EDUCATION | [ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT |  |  | [ ] 950 CONSTITUTIONALITY O STATE STATUTES |
| [ ] 245 TORT PRODUCT LIABILITY |  |  |  |  |  |
| [ ] 290 ALL OTHER REAL PROPERTY |  |  |  |  |  |

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND: ☒ YES ☐ NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE William H. Pauley III     DOCKET NUMBER 15 Civ. 9764 (W

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32)

(PLACE AN x IN ONE BOX ONLY)  **ORIGIN**

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
   a. all parties represented
   b. At least one party is pro se.
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN x IN ONE BOX ONLY)  **BASIS OF JURISDICTION**  *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[X] 1 U.S. PLAINTIFF  [ ] 2 U.S. DEFENDANT  [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)  [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, NY 10281
New York County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
See attached.

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [X] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE May 11, 2016  SIGNATURE OF ATTORNEY OF RECORD
RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. July Yr. 1987)
Attorney Bar Code # AC-4864

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

## Securities and Exchange Commission v. Devon D. Archer, et al.
## Civil Cover Sheet Addendum

Defendants' Attorneys (if known)

Devon D. Archer
Matthew Schwartz, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Ave.
New York, NY  10022
212.446.2300

Bevan T. Cooney
Matthew Umhofer, Esq.
Spertus Landes & Umhofer LLP
1990 S. Bundy Dr. # 705
Los Angeles, CA  90025
310.826.4700

Hugh Dunkerley
Susan Brune, Esq.
Brune Law PC
450 Park Avenue, Suite 1901
New York, NY 10022
212.668.1900

Jason W. Galanis
Aaron McClellan, Esq.
Murphy Pearson Bradley & Feeney LLP
725 S. Hope St., Suite 650
Los Angeles, CA  90071
213.327.3500

Gary T. Hirst
Cameron Stout, Esq.
Wiand Guerra King, P.A.
5505 West Gray Street
Tampa, FL  33609
813.347.5199

Defendants' Addresses and Counties

Devon D. Archer
292 A Sackett Street
Brooklyn, NY 11231
(Kings County)

Bevan T. Cooney
1081 Lucerne Way
Incline Village, NV 89451
(Washoe County)

Hugh Dunkerley
10142 Beverly Drive
Huntington Beach, CA 92646
(Orange County)

Jason W. Galanis
1920 Bel Air Road
Los Angeles, CA 90007
(Los Angeles County)

John P. Galanis
3402 Summer Set Way
Oceanside, CA 92056
(San Diego County)

Gary T. Hirst
1436 Ocali Cove
Lake Mary, FL 32746
(Seminole County)

Michelle A. Morton
235 Archangela Avenue
Colonia, NJ 07067
(Middlesex County)