Attorneys for the Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
200 Vesey Street, Suite 400
New York, New York 10281-1022
(212) 336-0121 (Shah)
Email: shahte@sec.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>DEVON D. ARCHER, BEVAN T. COONEY, HUGH DUNKERLEY, JASON W. GALANIS, JOHN P. GALANIS, GARY T. HIRST and MICHELLE A. MORTON,<br><br>    Defendants. | 16 Civ. 3505 ( )<br><br>ECF Case |

## NOTICE OF APPEARANCE

Please take notice that the following attorney has entered her appearance as counsel in this case for Plaintiff Securities and Exchange Commission. She is admitted to practice in this court.

>Tejal D. Shah
>U.S. Securities and Exchange Commission
>200 Vesey Street, Suite 400
>New York, New York  10281-1022
>Ph: 212.336.0121
>Email:  shahte@sec.gov

Dated: May 11, 2016　　　　　　　　　By: _____
　　　　New York, New York　　　　　　　　　Tejal D. Shah

Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281-1022
212.336.0121

Attorney for Plaintiff