

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

May 25, 2016

**VIA ECF and UPS Overnight**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007-1312

Re:  SEC v. Archer, et al.;
No. 16 Civ. 3505 (WHP)
  -and-
SEC v. Atlantic Asset Management, LLC;
No. 15 Civ. 9764 (WHP)

Dear Judge Pauley:

We represent the Plaintiff, Securities and Exchange Commission, in the above-referenced matters.

Yesterday, the Court scheduled a conference in both matters (DE 6 (SEC v. Archer) and DE 99 (SEC v. AAM)) for July 15 at 4:15 p.m.  Because I will not be able to participate on July 15, I respectfully request that the Court reschedule the conferences in both matters.  I have conferred with Receiver's counsel in SEC v. AAM, and although I am available on July 22, the next succeeding Friday, they will not be.  However, all of us are available on July 5 or July 6.  No counsel has yet made an appearance in SEC v. Archer.

Accordingly, we respectfully request that the Court reschedule the conferences in both matters for July 5 or 6, 2016, or on whatever date after July 20 the Court selects.

As the Court noted in both Orders, a conference may not be necessary in either case.  However, we are mindful of the Court's requirement that the "principal trial counsel must appear at all conferences with the Court," and its directive in the SEC v. Archer Order that we inform Defendants of the Conference date.

Respectfully submitted,

Nancy A. Brown

Hon. William H. Pauley III                                          May 25, 2016
                                                                    Page 2

cc:     Tracy Klestadt, Esq.
        Joseph Corneau, Esq.
               (Counsel for the Receiver in SEC v. AAM)