# Exhibit D



Dilworth
Paxson LLP

DIRECT DIAL NUMBER:
(215) 575-7288

Linda Dale Hoffa
lhoffa@dilworthlaw.com

May 10, 2016

**VIA UPS OVERNIGHT DELIVERY**

John Galanis
15575 Jimmy Duarte Blvd
Suite 1014
Del Mar, CA 92014

                  RE:  In the Matter of Hughes Capital Management (NY-9298) -
                      SEC Subpoena to Timothy B. Anderson, Esq.

Dear Mr. Galanis:

      By email dated May 3, 2016, you asserted your intention to claim attorney client privilege with regard to documents subpoenaed from my client, Tim Anderson, by the SEC relating to Burnham Securities, Inc. (BSI) and the Wakpamni Lake Community Corporation bond deals.

      I have enclosed for your privilege review a CD disc of email communications between you and Tim Anderson. Please identify the emails for which you claim the privilege and state the basis for each claim. As noted in my email correspondence to you dated April 25, 2016, it will be your responsibility to defend any such claim of privilege with the SEC. You must respond to me in writing and as directed above no later than **5 p.m. on June 8, 2016**.

                                          Very truly yours,

                                          LINDA DALE HOFFA

Encl. One (1) CD disc
cc w/out encl. Paul Grand Esq.
Morvillo Abramowitz
565 5th Ave, NYC, NY. 10017

1500 Market Street • Suite 3500E • Philadelphia, PA 19102-2101 • 215-575-7000 • fax: 215-575-7200
www.dilworthlaw.com • Cherry Hill, NJ • Harrisburg, PA • New York, NY • Red Bank, NJ • Washington, DC • Wilmington, DE
119047637_1

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | NUTS TO YOU | THE UPS STORE |
| 1735 MARKET ST | 1328 WALNUT ST | 1229 CHESTNUT ST |
| PHILADELPHIA ,PA 19103 | PHILADELPHIA ,PA 19107 | PHILADELPHIA ,PA 19107 |

FOLD HERE





# Dilworth Paxson LLP

DIRECT DIAL NUMBER:
(215) 575-7288

Linda Dale Hoffa
lhoffa@dilworthlaw.com

May 10, 2016

**VIA UPS OVERNIGHT DELIVERY**

Jason Galanis
1920 Bel Air Road
Los Angeles, CA  90077

RE:  In the Matter of Hughes Capital Management (NY-9298) -
SEC subpoena to Timothy B. Anderson, Esq.

Dear Mr. Galanis:

By email dated May 3, 2016, you asserted your intention to claim attorney client privilege with regard to documents subpoenaed from my client, Tim Anderson, by the SEC relating to Burnham Securities, Inc. (BSI) and the Wakpamni Lake Community Corporation bond deals.

I have enclosed for your privilege review a CD disc of email communications between you and Tim Anderson. Please identify the emails for which you claim the privilege and state the basis for each claim. As noted in my email correspondence to you dated April 25, 2016, it will be your responsibility to defend any such claim of privilege with the SEC. You must respond to me in writing and as directed above no later than **5 p.m. on June 8, 2016**.

Very truly yours,

LINDA DALE HOFFA

Encl. One (1) CD disc

## UPS CampusShip: View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
| --- | --- | --- |
| THE UPS STORE | NUTS TO YOU | THE UPS STORE |
| 1735 MARKET ST | 1328 WALNUT ST | 1229 CHESTNUT ST |
| PHILADELPHIA ,PA 19103 | PHILADELPHIA ,PA 19107 | PHILADELPHIA ,PA 19107 |

FOLD HERE



LINDA DALE HOFFA
215.575.7288
DILWORTH PAXSON - PHILADELPHIA
1500 MARKET STREET
PHILADELPHIA PA 19102

SHIP TO:
JASON GALANIS
1920 BEL AIR ROAD
LOS ANGELES CA 90077-2727

0.0 LBS LTR
1 OF 1

CA 900 3-10

UPS NEXT DAY AIR
TRACKING #: 1Z V69 50R 01 9955 6179

BILLING: P/P

Client/Matter: 99001/00141
Attorney Name: Linda Dale Hoffa

https://www.campusship.ups.com/cship/create?ActionOriginPair=default___PrintWindow... 5/10/2016