IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      *Plaintiff,*<br> v.<br><br>DEVON D. ARCHER, *et al.*,<br><br>      *Defendants.* | C.A. No. 1:16-cv-06505-WHP |

### CERTIFICATE OF SERVICE

 I, Jennifer Platzkere Snyder, Esquire, hereby certify that, on June 20, 2016, the foregoing Letter was served upon all parties of record via the Court's ECF system

      By: */s/ Jennifer Platzkere Snyder*
        Jennifer Platzkere Snyder, Esquire
        99 Park Avenue, Suite 320
        New York, NY 10016
        (917) 675-4250 (telephone)
        (212) 208-6874 (facsimile)