**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,

                         Plaintiff,

                   - against -

DEVON D. ARCHER,
BEVAN T. COONEY,
HUGH DUNKERLEY,
JASON W. GALANIS,
JOHN P. GALANIS,
GARY T. HIRST, and
MICHELLE A. MORTON,

NOTICE OF MOTION

ECF Case

No. 16 Civ. 3505 (WHP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the

Indictment in criminal case United States v. Jason Galanis *et al.*, 16 Cr. 371 (RA) (the "criminal

action"); and the accompanying memorandum of law, the United States of America, by its

attorney Preet Bharara, United States Attorney for the Southern District of New York, will move

this Court for an order (1) permitting the United States to intervene in the above-captioned case,

pursuant to Federal Rule of Civil Procedure 24; and (2) staying (a) depositions, interrogatories,

requests for admission, and any other form of discovery that would create statements of any

person whom the Government asserts may be called as a witness in the criminal prosecution; (b)

production of transcripts of testimony and notes of or memoranda describing interviews with;

written statements made or adopted in the course of an interview by; or correspondence

concerning interviews of any person whom the Government asserts may be called as a witness in

the criminal action; and (c) disclosures pursuant to Federal Rule of Civil Procedure

26(a)(1)(A)(i), until the conclusion of the parallel criminal case, *United States* v. *Jason Galanis*

*et al.*, 16 Cr. 371 (RA), as well as for such other relief as the Court deems just and proper.

Dated: New York, New York
      July 11, 2016

                         Respectfully submitted,

                         PREET BHARARA
                         United States Attorney

By:       /s/
                         AIMEE HECTOR
                         BRIAN R. BLAIS
                         REBECCA MERMELSTEIN
                         Assistant United States Attorneys
                         One Saint Andrew's Plaza
                         New York, New York 10007
                         Telephone: (212) 637-2203/2521/2360
                         Facsimile: (212) 637-2452