UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

  - against -

DEVON D. ARCHER,
BEVAN T. COONEY,
HUGH DUNKERLEY,
JASON W. GALANIS,
JOHN P. GALANIS,
GARY T. HIRST, and
MICHELLE A. MORTON,

Proposed Order

ECF Case
No. 16 Civ. 3505 (WHP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WILLIAM H. PAULEY, District Judge:

     WHEREAS, the Government has requested to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure; and

     WHEREAS, the Government has requested a limited stay of discovery; charges have been filed in a parallel criminal case, *United States* v. *Jason Galanis et al.*, 16 Cr. 371 (RA) (the "criminal action"); there is considerable overlap between this matter and the parallel criminal proceedings; there is no prejudice to the parties from the requested stay; there is a strong public interest in preventing the civil discovery rules from being used to improperly obtain discovery in the criminal case; judicial economy is ensured from the requested stay; and for good cause shown;

     IT IS HEREBY ORDERED:

     1.     The Government's Motion to Intervene is Granted.

2. The following civil discovery is hereby stayed until the conclusion of the parallel criminal action:

   a. Depositions, interrogatories, requests for admission, and any other form of discovery that would create statements of any person whom the Government asserts may be called as a witness in the criminal prosecution;

   b. Production of transcripts of testimony and notes of or memoranda describing interviews with; written statements made or adopted in the course of an interview by; or correspondence concerning interviews of any person whom the Government asserts may be called as a witness in the criminal action; and

   c. Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i).

IT IS SO ORDERED.

Dated: New York, New York
       July ____, 2016

                                           _____
                                           HONORABLE WILLIAM H. PAULEY
                                           United States District Judge