115 Broadway, Suite 1704
New York, NY 10006
212.264.9940
Fax: 212.898.1187
neil@checkmanlaw.com

www.checkmanlaw.com
www.whitecollarcrimesnyc.com

LAW OFFICES OF NEIL B. CHECKMAN, ESQ.

July 13, 2016



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 19, 2016

Hon. William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
Jul 19, 2016
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

    Re: S.E.C. v. Devon D. Archer, et al.,
      16 Cv. 3505 (WHP)

Dear Judge Pauley:

  I am the attorney assigned pursuant to the Criminal Justice Act, to represent Michelle Morton on the parallel criminal action, 16 Cr. 371 (RA), now pending before Judge Abrams. As such, I am not appearing on Ms. Morton's behalf on the above-referenced S.E.C. action.

  I write to request that this Court stay all proceedings, including the requirement that Ms. Morton answer the Complaint, which she must do on or before July 25, 2016, until the conclusion of the criminal action. It is counsel's understanding that the Government will file a motion with this Court to stay discovery and depositions until the criminal matter is resolved.

  It is my understanding that Ms. Morton will have no objection to such a stay, but would be prejudiced at this point if she had to file an answer, pro se. It is counsel's further understanding that the other C.J.A. attorneys in the parallel criminal action would join in this application.

  To be clear, counsel by making this application, is not appearing on Ms. Morton's behalf. Under the C.J.A., counsel is not authorized to make such an appearance. I write instead, in my capacity as Ms. Morton's attorney on the parallel criminal action, seeking this Court's guidance.

Hon. William H. Pauley
July 13, 2016
Page 2

    I thank the Court for taking the time to consider this application.

                             Very truly yours,

                             Neil B. Checkman

/NBC
cc: Ms. Michelle Morton (By e-mail)
    Tejal D. Shah, Esq., for the S.E.C. (By e-mail)
    A.U.S.A.s Brian Blais and Amy Hector for the Government (By e-mail)
    All defense counsel on the criminal action (By e-mail)
    All defense counsel on the civil action (By e-mail)