**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>    **Plaintiff,**<br><br>        **v.**<br><br>**DEVON ARCHER; BEVAN T. COONEY; HUGH DUNKERLEY; JASON W. GALANIS; JOHN P. GALANIS; GARY T. HIRST; and MICHELLE A. MORTON**<br><br>    **Defendants.** | **NO. 16-cv-03505 (WHP)** |

**CO-DEFENDANT BEVAN T. COONEY'S NOTICE OF JOINDER AND JOINDER TO CO-DEFENDANT DEVON ARCHER'S OPPOSITION TO GOVERNMENT'S MOTION TO INTERVENE AND FOR A LIMITED STAY OF DISCOVERY**

Matthew D. Umhofer
*Admitted pro hac vice*
SPERTUS, LANDES & UMHOFER, LLP
1990 S. Bundy Drive, Suite 705
Los Angeles, California 90025
Tel: (310) 826-4700
Fax: (310) 826-4711
Email: matthew@spertuslaw.com

*Attorneys for Bevan T. Cooney*

PLEASE TAKE NOTICE that Co-Defendant Bevan T. Cooney will and hereby does join

Co-Defendant Devon Archer's Opposition to the Motion to Intervene and for a Limited Stay of

Discovery, filed by the United States of America.  By way of this joinder, Mr. Cooney

incorporates by reference the facts, evidence, precedent, and legal arguments raised by Mr.

Archer in his Opposition to the Motion.  For all the reasons stated therein, Mr. Cooney

respectfully submits that the government's Motion to Intervene and for a Limited Stay of

Discovery should be denied.

DATED: July 25, 2016                         Respectfully submitted,

_____
Matthew D. Umhofer
SPERTUS, LANDES & UMHOFER, LLP
1990 South Bundy Dr., Ste. 705
Los Angeles, California 90025
Tel: (310) 826-4700
Fax: (310) 826-4711
Email: matthew@spertuslaw.com

*Attorneys for Bevan T. Cooney*

2