**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>DEVON ARCHER, BEVAN T. COONEY, HUGH DUNKERLEY, JASON W. GALANIS, JOHN P. GALANIS, GARY T. HIRST, and MICHELLE A. MORTON,<br><br>        Defendants | 16 Civ. 3505 (WHP) (AJP)<br><br>Filed Electronically |

**DEFENDANT GARY HIRST'S NOTICE OF JOINDER WITH CERTAIN DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION OF THE U.S. ATTORNEY'S OFFICE TO INTERVENE AND FOR A STAY OF DISCOVERY**

WIAND GUERRA KING, P.A.
Gianluca Morello
5505 West Gray Street
Tampa, Florida 33609

*Attorneys for Defendant Gary T. Hirst*

**DEFENDANT GARY HIRST'S NOTICE OF JOINDER WITH CERTAIN DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION OF THE U.S. ATTORNEY'S OFFICE TO INTERVENE AND FOR A STAY OF DISCOVERY**

Gary T. Hirst, by and through his attorneys, Wiand Guerra King P.A. and Gianluca Morello, Esq., respectfully submits this Notice of Joinder with Dkt. 47, Certain Defendants' Memorandum Of Law In Opposition To The Motion Of The U.S. Attorney's Office To Intervene And For A Stay Of Discovery in this action pending the resolution of the parallel criminal proceedings in *United States v. Jason Galanis, et al.*, No. 16 Cr. 371 (RA) ("Certain Defendants' Opposition"). By and through this notice, Defendant Hirst hereby joins in and adopts the relief sought in Certain Defendants' Opposition, and adopts all the points, authorities, and arguments cited therein as if made by Defendant Hirst himself.

## <u>CONCLUSION</u>

For the foregoing reasons, Defendant Gary T. Hirst respectfully provides his Notice of

Joinder with Certain Defendants' Opposition, Dkt. 47.


Dated: July 25, 2016                                          Respectfully submitted,

                                                             **<u>s/Gianluca Morello</u>**
                                                             Gianluca Morello
                                                             WIAND GUERRA KING, P.A.
                                                             5505 West Gray Street
                                                             Tampa, Florida 33609
                                                             Tel: 813-347-5100
                                                             Fax: 813-347-5198
                                                             Email: gmorello@wiandlaw.com

                                                             *Attorneys for Defendant Gary T.*
                                                             *Hirst*