LAW OFFICES OF NEIL B. CHECKMAN, ESQ.

115 Broadway, Suite 1704
New York, NY 10006
212.264.9940
Fax: 212.898.1187
neil@checkmanlaw.com

www.checkmanlaw.com
www.whitecollarcrimesnyc.com

August 12, 2016

Hon. William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/16

Re: S.E.C. v. Devon D. Archer, et al.,
16 Cv. 3505 (WHP)

Dear Judge Pauley:

    Enclosed please find a Motion for a total stay of the proceedings, or in the alternative, a Fifth Amendment answer to the Complaint in the above-referenced case. This enclosure is being sent as an accommodation to Ms. Morton, who I represent on the parallel criminal action only, and should not be considered to constitute an appearance by the undersigned.

    Ms. Morton thanks the Court for taking the time to consider this application.

Very truly yours,

Neil B. Checkman

Neil B. Checkman

/NBC
cc: Ms. Michelle Morton (By e-mail)
    Tejal D. Shah, Esq., for the S.E.C. (By e-mail)
    A.U.S.A.s Brian Blais and Amy Hector for the Government (By e-mail)
    All defense counsel on the criminal action (By e-mail)
    All defense counsel on the civil action (By e-mail)