Pauley, W.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

DEVON D. ARCHER, et al.,

    Defendants.

Case No. 16-cv-3505-WHP

ECF CASE

---

### ORDER

AND NOW, this __22__ day of __August__, 2016, upon consideration of the letter memorandum filed by non-party Timothy B. Anderson on June 20, 2016 requesting a Protective Order pursuant to Fed.R.Civ. P. 26(c) regarding the subpoena *duces tecum* served on him by the U.S. Securities Exchange Commission ("SEC") for certain records related to the above-captioned matter and having received no responses in opposition thereto despite the Court giving notice and an opportunity to respond, **IT IS HEREBY ORDERED** that non-party Timothy B. Anderson's request for a protective order is **GRANTED**.

**IT IS FURTHER ORDERED** that the remaining subset of communications on the compact disc provided by non-party Timothy B. Anderson's counsel to Defendants Jason Galanis and John Galanis on May 10, 2016 are deemed not to be privileged and shall be produced to the SEC no later than two (2) weeks from the date of this Order.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.