

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

October 13, 2016

**VIA ECF and UPS Overnight**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    SEC v. Archer, et al.;
             No. 16 Civ. 3505 (WHP)

Dear Judge Pauley:

    We represent the Plaintiff, Securities and Exchange Commission, in the above-referenced matters.

    Pursuant to the Court's Order, entered August 24, 2016 (DE 77 ¶ 5), we write to notify the Court that Defendants Gary Hirst and Bevan T. Cooney – two of the three defendants who opposed a stay of discovery in this action – have invoked their respective Fifth Amendment rights in response to the Commission's First Request for Documents, dated August 26, 2016.

                                      Respectfully submitted,

                                      Nancy A. Brown

cc:    All Defendants via e-mail or overnight mail