

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

October 13, 2016

**MEMO ENDORSED**

VIA ECF and UPS Overnight

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: SEC v. Archer, et al.;
No. 16 Civ. 3505 (WHP)

Dear Judge Pauley:

We represent the Plaintiff, Securities and Exchange Commission, in the above-referenced matters.

Pursuant to the Court's Order, entered August 24, 2016 (DE 77 ¶ 5), we write to notify the Court that Defendants Gary Hirst and Bevan T. Cooney – two of the three defendants who opposed a stay of discovery in this action – have invoked their respective Fifth Amendment rights in response to the Commission's First Request for Documents, dated August 26, 2016.

Respectfully submitted,

Nancy A. Brown

cc: All Defendants via e-mail or overnight mail

Pursuant to this Court's order of August 24, 2016 (ECF No. 77), discovery on behalf of and as to Defendants Gary Hirst and Bevan T. Cooney is stayed.

Dated: October 14, 2016
New York, NY

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.