UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

SECURITIES AND EXCHANGE COMMISSION,  :

      Plaintiff,  :

          v.  :

DEVON D. ARCHER, BEVAN T. COONEY,  :
HUGH DUNKERLEY, JASON W. GALANIS,  :
JOHN P. GALANIS, GARY T. HIRST and  :
MICHELLE A. MORTON,  :

      Defendants.  :

-------------------------------------------------------------------- x

16 Civ. 3505 (WHP)

ECF Case

## NOTICE OF MOTION FOR LEAVE TO FILE
## AMENDED COMPLAINT
## PURSUANT TO FED. R. CIV. P. 15(a) AND 21

PLEASE TAKE NOTICE, that upon the Declaration of Nancy A. Brown, executed

November 7, 2016, and the Exhibits thereto, and the Memorandum of Law in Support of the

Motion, and the prior proceedings had herein, Plaintiff Securities and Exchange Commission

("Commission"), will move this Court, at a date and time to be determined by the Court, before

the Honorable William H. Pauley, III, at the United States Courthouse for the Southern District

of New York, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Fed. R.

Civ. P. 15(a) and 21 granting the Commission leave to file an amended complaint in this action;

and such other and further relief as the Court may deem just and proper.


Dated: New York, New York
        November __, 2016


                    Respectfully submitted,

                    SECURITIES AND EXCHANGE COMMISSION

                    By: _____
                            Nancy A. Brown
                    New York Regional Office
                    Securities and Exchange Commission
                    Brookfield Place, 200 Vesey Street, Suite 400
                    New York, New York 10281
                    (212) 336-1023
                    Attorneys for Plaintiff