UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SECURITIES AND EXCHANGE COMMISSION, :

              Plaintiff,      :

                                            16cv3505
     -against-                            :
                                            ORDER

DEVON D. ARCHER, *et al.*,             :

              Defendants.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
WILLIAM H. PAULEY III, District Judge:

        The SEC shall file any amended complaint by November 15, 2016.  The Clerk of Court is directed to close the motion pending at ECF No. 83.

Dated: November 10, 2016
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

1