UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>DEVON ARCHER, BEVAN T. COONEY, HUGH DUNKERLEY, JASON W. GALANIS, JOHN P. GALANIS, GARY T. HIRST, and MICHELLE A. MORTON,<br><br>    Defendants | 16 Civ. 3505 (WHP) (AJP)<br><br>Filed Electronically<br><br>**MOTION TO WITHDRAW<br>AS COUNSEL** |

Pursuant to Rule 7.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, upon the notice of motion to withdraw as counsel, declaration of Cameron G. Stout, and an accompanying memorandum of law, that Matthew J. Mueller, Gianluca Morello, and Cameron G. Stout of the law firm Wiand Guerra King, P.A. hereby move the Court for leave to withdraw as counsel for defendant Gary T. Hirst pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

Dated: February 2, 2017

                                                Respectfully submitted,

                                                **/s/Matthew J, Mueller**
                                                Matthew J. Mueller
                                                Cameron G. Stout
                                                Gianluca Morello
                                                WIAND GUERRA KING, P.A.
                                                5505 West Gray Street
                                                Tampa, Florida 33609
                                                Tel: 813-347-5100
                                                Fax: 813-347-5198
                                                Email: mmueller@wiandlaw.com
                                                *Attorneys for Defendant Gary T. Hirst*