UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DEVON ARCHER, BEVAN T. COONEY, HUGH DUNKERLEY, JASON W. GALANIS, JOHN P. GALANIS, GARY T. HIRST, and MICHELLE A. MORTON,<br><br>Defendants | 16 Civ. 3505 (WHP) (AJP)<br><br>Filed Electronically<br><br>**DECLARATION OF CAMERON G. STOUT IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |

I, Cameron G. Stout, hereby declare:

1. I am senior counsel with the law firm of Wiand Guerra King P.A. ("WGK"), attorneys for defendant Gary T. Hirst ("Mr. Hirst") in this action. I respectfully submit this declaration in support of WGK's motion to withdraw as counsel of record for Mr. Hirst. Nothing set forth herein shall be deemed to be a waiver of any and all privileges including, but not limited to, the attorney-client privilege and the work product doctrine (the "Privileges").

2. On May 11, 2016, the U.S. Securities and Exchange Commission ("SEC") filed a 43 page Complaint herein, alleging that the above-named defendants committed numerous violations of securities laws as part of what the SEC dubbed the "Tribal Bond scheme." Doc. 1.

3. WGK first appeared in the case as counsel of record for Mr. Hirst on July 25, 2016. Doc. 46. WGK has served as lead counsel for Mr. Hirst in the progress of this matter to date including answering the Complaint and Amended Complaint, responding to various discovery requests, discussions with counsel for the SEC, and appearing at status conferences, the most recent of which was held on January 20, 2017.

4.	Mr. Hirst has failed to fully satisfy his agreement with and obligations to WGK by failing to pay certain of WGK's invoices. As a result, legal fees and expenses remain unpaid and outstanding. WGK does not intend to pursue those outstanding amounts, or to assert any charging or retaining lien in connection therewith.

5.	In light of the complexity of this matter, continuing to represent Mr. Hirst despite his failure to timely pay our firm's most recent invoices would place an unreasonable financial burden on WGK, which is a small firm employing 17 attorneys.

6.	Following numerous communications regarding the need for WGK to withdraw from the case if he did not pay the outstanding invoices, Mr. Hirst has expressly consented to our firm's withdrawal as his attorneys by email to me dated January 21, 2017.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on:	January 28, 2017
	Palo Alto, CA

By: _____
	Cameron G. Stout