

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

March 30, 2017

**VIA UPS Overnight and ECF**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    SEC v. Archer, et al.;
             No. 16 Civ. 3505 (WHP)

Dear Judge Pauley:

    We represent the Plaintiff, Securities and Exchange Commission, in the above-referenced matter.

    Enclosed for the Court's consideration is a courtesy copy of the proposed partial Judgment on consent of Defendant Francisco Martin, and Mr. Martin's executed consent. Mr. Martin has consented to entry of injunctive relief against his further violations of Sections 17(a)(1) and (3) of the Securities Act of 1933 and Section 10(b) and Rules 10b-5(a) and (c) of the Securities Exchange Act of 1934, leaving the Commission's claims for monetary relief to later disposition by motion or further consent.

    If the partial Judgment is satisfactory, we respectfully request that the Court docket the partial Judgment together with the Consent.

    We have submitted the proposed Judgment to the Court's Orders and Judgments email box.

Respectfully submitted,

Nancy A. Brown

<u>Enclosures</u>
cc:    All Defendants via e-mail or overnight mail