

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

May 25, 2017

**VIA UPS Overnight and ECF**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    SEC v. Archer, et al.;
             No. 16 Civ. 3505 (WHP)

Dear Judge Pauley:

      Plaintiff, Securities and Exchange Commission (the "Commission") and Defendant Devon D. Archer jointly submit this Status Letter as required by the Court's January 20, 2017 Order. (DE 106.)

      As the Court is aware, the Court granted a Stay Order in this matter (DE 54), amended by subsequent Orders (DE 77 and 82), which stayed discovery by all Defendants except for Archer, and limited the permissible discovery to be conducted by Archer and the Commission, pending resolution of the parallel criminal action, United States v. Galanis, No. 16 Cr. 371 (RA) (S.D.N.Y.) ("Criminal Action").[1]

      The trial in the Criminal Action is scheduled to commence on February 5, 2018.

      In the meantime, pursuant to the Stay Order, Archer and the Commission have exchanged discovery requests and responses and issued various third-party subpoenas. At this time, the parties have no discovery disputes to raise with the Court. Accordingly, the Commission and Archer respectfully request that the Status Conference scheduled for June 2, 2017 be adjourned sine die. The Commission and Archer will file another joint Status Report on September 1,

---

[1] Defendant Francisco Martin consented to a partial judgment by which the Commission's non-monetary claims against him were resolved, leaving the Commission's monetary claims against him to later resolution by consent or on the Commission's motion.

Hon. William H. Pauley III                                          May 25, 2017
                                                                    Page 2

2017, or whatever other date the Court shall set.

                                                                  Respectfully submitted,

                                                                  Nancy A. Brown

cc:    All Defendants via e-mail or overnight mail