UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SECURITIES AND EXCHANGE COMMISSION,   :

                         Plaintiff,    :

                                                       16cv3505
   -against-                                  :

                                                       <u>ORDER</u>
DEVON ARCHER, *et al.*                        :

                        Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
WILLIAM H. PAULEY III, Senior United States District Judge:

        This Court having been informed by the United States Attorney's Office that Defendant Devon Archer has invoked his Fifth Amendment right in this case's parallel criminal proceeding pending before Judge Abrams, Case No. 16-cr-371, discovery on behalf of—and directed toward—Devon Archer is stayed, pursuant to this Court's prior Order. (Order, ECF No. 77, at 2.) Discovery related to non-party witnesses, including subpoenas already served by the SEC, may proceed.

Dated: May 3, 2018                      SO ORDERED:
       New York, New York

                                                            WILLIAM H. PAULEY III
                                                                 U.S.D.J.