

**SPERTUS**

**LANDES** &

**UMHOFER**

LLP

**Spertus, Landes & Umhofer, LLP**
1990 South Bundy Drive, Suite 705
Los Angeles, CA 90025
P 310.826.4700  F 310.826.4711
www.spertuslaw.com

September 13, 2018

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:     SEC v. Archer, et al., Case No. 16-cv-3505 (WHP)

Dear Judge Pauley:

      I represent Defendant Bevan Cooney in the matter referenced above.  I write to respectfully request a telephonic appearance for the pre-trial conference scheduled for Thursday, September 20, 2018, at 12:30 p.m.  Our offices are located in Los Angeles, California, and traveling to New York from Los Angeles would create an undue financial burden for Mr. Cooney.  Therefore, I respectfully request permission to appear telephonically for the September 20th pre-trial conference.

      Respectfully submitted,

Matthew D. Umhofer

James W. Spertus | *jim@spertuslaw.com*      Matthew Umhofer | *matthew@spertuslaw.com*      Ezra D. Landes | *ezra@spertuslaw.com*
Samuel A. Josephs | *samuel@spertuslaw.com*      Jennifer E. LaGrange | *jennifer@spertuslaw.com*      Dolly K. Hansen | *dolly@spertuslaw.com*
Elizabeth J. Lee | *elizabeth@spertuslaw.com*      John Hanusz | *john@spertuslaw.com*      J. Anthony King | *anthony@spertuslaw.com*
Julia Tuverson | *julia@spertuslaw.com*      Diane Bang | *diane@spertuslaw.com*      Suzanne S. Obeda | *suzie@spertuslaw.com*
                                      Payton Lyon | *payton@spertuslaw.com*