UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | 16 Civ. 3505 (WHP) |
| | : | |
| Plaintiff, | : | **NOTICE OF MOTION** |
| | : | **TO WITHDRAW AS** |
| - v. - | : | **COUNSEL FOR** |
| | : | **CAMDEN CAPITAL** |
| DEVON D. ARCHER, et al., | : | **PARTNERS, LLC AND** |
| | : | **CAMDEN REAL ESTATE** |
| Defendants. | : | **OPPORTUNITY** |
| | : | **FUND I, LLC** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that, upon the accompanying Affirmation of John F. Lauro, and upon all prior proceedings, pleadings, and filings in this action, John F. Lauro, pursuant to Local Rule 1.4, moves this Court, before the Honorable William H. Pauley, III, at the United States Courthouse, 500 Pearl Street, New York, New York, for leave to withdraw as counsel of record for Camden Capital Partners, LLC, and Camden Real Estate Opportunity Fund I, LLC.

1

Dated: April 29, 2019                                  Respectfully submitted,
       New York, New York

                                                          LAURO LAW FIRM

                                                          /s/ John F. Lauro
                                                         John F. Lauro, Esq.
                                                         jlauro@laurolawfirm.com
                                                         52 Daune Street
                                                         Seventh Floor
                                                         New York, New York 10007
                                                         (646) 746-8659

                                                         101 East Kennedy Blvd.
                                                         Suite 3100
                                                         Tampa, Florida 33602
                                                         (813) 222-8990

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of April 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing on all counsel of record.

        /s/ John F. Lauro
        John F. Lauro, Esquire