

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023

May 3, 2019

**VIA ECF and UPS Overnight**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007-1312

    Re:    SEC v. Archer, et al.;
             No. 16 Civ. 3505 (WHP) (OTW)

Dear Judge Pauley:

      We represent the Plaintiff, Securities and Exchange Commission (the "Commission"), in this action. As we undertook to do in our last Status Report, dated April 4, 2019 (DE 230), the Commission respectfully submits this status report to provide an update on the various sentencing dates in the parallel criminal action, United States v. Galanis, 16 Cr. 371 (RA) (S.D.N.Y.) (the "Criminal Action"), as well as any recent submissions in the Government's appeal of the order granting Defendant Archer a new trial, United States v. Galanis (Archer), 18-3727 (2d Cir.) (the "Archer Appeal").

      The sentencing schedule remains unchanged. Ms. Morton's sentencing did not go forward on April 11, 2019. We understand that she still intends to file a new motion to withdraw her plea, but no filing in that regard appears on the Criminal Action docket.

      The Commission continues to try to reach Final Judgments on consent with respect to the Defendants who have been sentenced, and has reached agreements in principle with Defendants Hirst, Jason Galanis and, since our last report, John Galanis. The staff will present those agreements in principle to the Commission for its approval prior to June 14, 2019, the now-scheduled due dates for filing motions for summary judgment pursuant to the Court's endorsed Order, dated January 30, 2019 (DE 224).

      With respect to the Archer Appeal, Archer's response continues to be due on June 26, 2019. (Id. DE 38.)

Hon. William H. Pauley III  
May 3, 2019  
Page 2

      We will file another Status Report within one week of the next sentencing in the Criminal Action, or on whatever different schedule the Court may set.

Respectfully submitted,

Nancy A. Brown

cc:    All Defendants via e-mail or overnight mail