UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,    :
          Plaintiff,    :    16 Civ. 3505 (WHP)
          v.    :    ECF Case
DEVON D. ARCHER, BEVAN T. COONEY,    :
HUGH DUNKERLEY, JASON W. GALANIS,    :
JOHN P. GALANIS, GARY T. HIRST,    :
MICHELLE A. MORTON, and    :
FRANCISCO MARTIN,    :
          Defendants.    :
------------------------------------------------------------------- x

### NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT FRANCISCO MARTIN ORDERING HIM TO PAY DISGORGEMENT, PREJUDGMENT INTEREST AND PENALTIES PURSUANT TO THE CONSENT JUDGMENT ENTERED APRIL 5, 2017

PLEASE TAKE NOTICE, that upon the Declaration of Nancy A. Brown, executed June 5, 2019, and the Exhibits thereto; the Declaration of Christopher Ferrante, executed June 5, 2019, and the Exhibits thereto; the Memorandum of Law in Support of the Motion, and the prior proceedings had herein, Plaintiff Securities and Exchange Commission ("Commission"), will move this Court, at a date and time to be determined by the Court, before the Honorable William H. Pauley, III, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for entry of a Final Judgment against Defendant Francisco Martin ordering him to pay disgorgement, prejudgment interest and penalties pursuant to the Consent Judgment entered against Martin on April 5, 2017, and for such other and further relief

1

as the Court may deem just and proper.

Dated: New York, New York
       June 5, 2019

                          Respectfully submitted,

                          SECURITIES AND EXCHANGE COMMISSION

By: _____
       Nancy A. Brown
       Tejal D. Shah
New York Regional Office
Securities and Exchange Commission
Brookfield Place, 200 Vesey Street, Suite 400
New York, New York 10281
(212) 336-1023
Attorneys for Plaintiff