

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

October 21, 2020

**VIA ECF**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

    Re:    SEC v. Archer, et al.;
              No. 16 Civ. 3505 (WHP) (OTW)

Dear Judge Pauley:

    We represent the Plaintiff, Securities and Exchange Commission (the "Commission"), in this action, and respectfully write to provide a status report on the parallel criminal proceedings, United States v. Galanis, 16 Cr. 371 (RA) (S.D.N.Y.) ("Criminal Case").

    On October 20, 2020, Judge Abrams denied Defendant Morton's second motion to withdraw her guilty plea in the Criminal Case, and set sentencing for November 18, 2020. (Criminal Case DE 933.)

    Also yesterday, Defendant Archer's counsel informed me that he will be seeking rehearing in the Second Circuit of its decision to reverse Judge Abrams' decision in the Criminal Case granting Defendant Archer a new trial. See United States v. Archer, No. 18-3727 (2d Cir. Oct. 7, 2020).

                        Respectfully submitted,

                        s/ Nancy A. Brown

                        Nancy A. Brown

cc:    All Defendants via ECF or overnight mail

In view of the ongoing criminal proceedings, the parties shall submit a status report on April 23, 2021.

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

Dated: October 28, 2020
       New York, New York