UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

In Re: CIVIL DOCKET OF
THE HON. WILLIAM H. PAULEY

-------------------------------------------------------

DIRECTION TO THE BAR AND INTERIM ORDER OF REFERENCE

LAURA TAYLOR SWAIN, Chief United States District Judge:

    The Hon. William H. Pauley of this court having passed away on July 6, 2021, and time being needed in order to effect the reassignment of the cases on his docket,

    IT IS HEREBY ORDERED THAT, pending the reassignment of Judge Pauley's civil cases, all appearances that were scheduled before Judge Pauley are adjourned. Urgent matters should be taken either to the Magistrate Judge to whom the case has been referred or to the District Judge sitting in Part I. In cases in which Judge Pauley did not sign an order of reference, this order operates as an interim order of reference to the Magistrate Judge for general pre-trial supervision. Routine case management requests (such as, for extension of time) should be directed to the Magistrate Judge, not to the Part I Judge.

Dated: July 13, 2021
    New York, NY

_____
LAURA TAYLOR SWAIN
Chief United States District Judge