UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

      -against-

DEVON ARCHER, et al.,

                Defendants.
-----------------------------------------------------------x

No. 16 Civ. 3505 (WHP) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 280. To the extent that Defendant Archer requests a protective order from this Court limiting discovery, he is directed to specify the relief he is seeking and explain why it is necessary. Conclusory statements referring to compliance with the Court's orders as "unduly burdensome" and "not proportional to the needs of the case" are insufficient to relieve Defendant Archer from his discovery obligations.

Defendant Archer may file a letter motion for a protective order by **June 24, 2022**, explaining any reasons for noncompliance with the Court's Order dated April 28, 2022. (ECF 279). Plaintiff's response is due July 1, 2022. There shall be no replies. The parties' letter motions shall be limited to five (5) pages each.

**ORDERED.**

Dated: June 1, 2022
New York, New York

                                                      *s/ Ona T. Wang*
                                                          **Ona T. Wang**
                                       United States Magistrate Judge