UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

      -against-

DEVON ARCHER, et al.,

                Defendants.
-----------------------------------------------------------x

No. 16 Civ. 3505 (GHW) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 282 and 283. Defendant Archer's request for a protective order or stay is **DENIED**. The deadline for Defendant Archer to comply with the Court's Orders dated November 6, 2018 (ECF 206), and April 22, 2022 (ECF 279), is **September 16, 2022**.

The Clerk of Court is respectfully directed to close ECF 282.

**SO ORDERED.**

                                                *s/ Ona T. Wang*

Dated: July 12, 2022                              **Ona T. Wang**
      New York, New York                United States Magistrate Judge