UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

            -against-

DEVON ARCHER, et al.,

                    Defendants.
------------------------------------------------------------x

No. 16 Civ. 3505 (GHW) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 286. The case is **STAYED** pending resolution of Defendant Archer's criminal appeal before the Second Circuit.

Counsel for Plaintiff is directed to notify this Court of the status of this case within 14 days of the Second Circuit's resolution of Defendant's appeal.

**SO ORDERED.**

Dated: January 30, 2023
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge