

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

June 27, 2025

*Via ECF*
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  *SEC v. Archer, et al.,* 16-cv-3505 (GHW) (OTW)

Dear Judge Wang:

      Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status letter pursuant to the Court's April 1, 2025 Order (Dkt. 297).

      On March 25, 2025, Defendant Devon Archer ("Archer") received a pardon ("Pardon") in the parallel criminal action, *United States v. Archer,* 16-cr-371 (RA) (S.D.N.Y.) (the "Criminal Case"). The Pardon grants Archer "a Full and Unconditional Pardon [f]or those offenses against the United States individually enumerated and set before me for my consideration and remission of any and all fines, penalties, forfeitures, and restitution ordered by the court: *United States v. Archer,* 1:16-cr-371."

      Archer was convicted in the Criminal Case of securities fraud and conspiracy to commit securities fraud, based on factual allegations that partially overlap with the conduct charged in the Amended Complaint in this case (Dkt. 88). The SEC is internally considering what effect, if any, the Pardon will have on this civil case and how best to proceed. Accordingly, the SEC respectfully proposes to provide a further status report by August 25, 2025, to enable the SEC to evaluate this matter and confer with defense counsel about future proceedings in the case. The SEC has conferred with Archer's counsel and Archer takes no position on this proposal.

                                         Respectfully submitted,

                                         */s/ Paul G. Gizzi*

                                         Paul G. Gizzi
                                         Hayden M. Brockett

cc (via ECF):    All Counsel of Record