UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,

                 Plaintiff,

       -against-

DEVON ARCHER, et al.,

                Defendants.
-----------------------------------------------------------x

No. 16 Civ. 3505 (GHW) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 302 and 303.

The Court will hold a status conference in this matter on **Monday, November 17, 2025 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

This case shall remain **STAYED** until **November 18, 2025.**

**SO ORDERED.**

Dated: September 5, 2025
New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge